CHARLES W. BOWLBY, APPELLANT, v. BOARD OF CHOSEN FREEHOLDERS OF MORRIS COUNTY, RESPONDENT.

Argued December 4, 1913—Decided March 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 54 *Vroom* 346.

For the appellant, *Wilbur A. Heisley.*

For the respondent, *George G. Runyon.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, JJ.   10.

*For reversal*—None.